IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Baby Ray Larkin, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 2:04-1607-HMH-RSC |
| | ) | |
| vs. | ) | **OPINION & ORDER** |
| | ) | |
| Jo Anne B. Barnhart, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on a motion for attorney's fees and costs pursuant to the Equal Access to Justice Act ("EAJA"). See 28 U.S.C. § 2412(a), (d) (West 1994 & West Supp. 2005). Baby Ray Larkin ("Larkin") seeks attorney's fees for services rendered in the above-captioned social security action in the amount of Three Thousand Two Hundred Fifty Dollars ($3,250.00) (calculated at $125.00 per hour times 26.0 attorney hours). The Commissioner does not object to the request for attorney's fees.[1]

---

[1] Larkin initially moved for an award of attorney's fees in the amount of Five Thousand Five Hundred Dollars ($5,500) (calculated at $125.00 per hour for 44 hours). However, in her response, the Commissioner asserted that upon consultation, Larkin's attorney agreed to accept $3,250.00.

1

Therefore, it is

**ORDERED** that the plaintiff is awarded a fee in the amount of Three Thousand Two Hundred Fifty Dollars ($3,250.00).

**IT IS SO ORDERED**.

                                              s/ Henry M. Herlong, Jr.
                                              United States District Judge

Greenville, South Carolina
August 31, 2005